IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

DARRELL MORGAN,
SHERRY MASON

Plaintiffs,

v.

AMERICAN AIRLINES, INC., AMERICAN AVIATION SUPPLY, LLC, JOHN DOES 1-10, ABC CORPORATION 1-10,

Defendants.

CIVIL ACTION
FILE NO.: ________________

**NOTICE OF REMOVAL**

Pursuant to 28 U.S.C. §§ 1441(a) and 1446, Defendants American Airlines, Inc. ("AA") and American Aviation Supply, LLC ("AAS") (collectively "the American Defendants"), file this Notice of Removal and respectfully show the Court the following:

1.

On September 21, 2021, Plaintiffs Darrell Morgan and Sherry Mason ("Plaintiffs") filed suit against the American Defendants and two fictitious defendants, John Does 1-10 and ABC Corporation 1-10 in the State Court of

Clayton, County, Georgia.[1] Clayton County is within the Atlanta Division of this Court. That suit is styled as above and numbered Civil Action File No. 2021-cv-02145.

2.

On September 27, 2021, the American Defendants were served with the Complaint. The American Defendants file this Notice within thirty (30) days of service as required by 42 U.S.C. § 1446(b).

3.

This action is properly removed to this Court pursuant to 28 U.S.C. §§ 1332, 1441 and 1446, because there is complete diversity of citizenship between the parties at the time of the filing of the Complaint, and based on the nature of the claims, the amount in controversy will clearly exceed $75,000, exclusive of interest, costs and attorneys' fees. According to the Complaint, Defendant American Airlines and Defendant American Aviation Supply, LC are Texas corporations, and Plaintiffs Darrell Morgan and Sherry Mason reside in Douglasville, Georgia. The American Defendants confirm that they are Texas corporations.

[1] Notwithstanding, this removal action, the American Defendants deny and dispute that venue of this action is proper in the Clayton County State Court.

4.

The undersigned counsel represents the American Defendants in this action. The American Defendants consent to this removal.

5.

True and correct copies of (1) Summonses to American Airlines, Inc., American Aviation, LLC; and (2) the Complaint that have been filed in this action and any other orders or actions by the state court are attached to this Notice collectively as Exhibit 1.

6.

The American Defendants have served written notice of the filing of this Notice to Plaintiffs' counsel via United States mail and e-mail, a copy of which is attached hereto as Exhibit 2. The American Defendants have also filed a written notice of the filing of this Notice with the Clerk of the Superior Court of Clayton County, a copy of which is attached hereto as Exhibit 3.

7.

The undersigned has read this Notice of Removal and, to the best of her knowledge, information and belief, formed after a reasonable inquiry, it is well grounded in fact, warranted by existing law or an extension or modification of

existing law, and is not interposed for any improper purposes, such as to harass or cause unnecessary delay or needless increase in the cost of this litigation.

WHEREFORE, the American Defendants respectfully request that this Court assume full jurisdiction of the controversy now pending between Plaintiffs and the American Defendants in the State Court of Clayton County as provided by law.

Respectfully submitted this the 27th day of October, 2021.

*/s/ Marquetta J. Bryan*
MARQUETTA J. BRYAN
Georgia Bar No.: 074315
*Attorney for Defendants American Airlines, Inc. and American Aviation Supply, LLC*

NELSON MULLINS RILEY & SCARBOROUGH LLP
Atlantic Station / 201 17th Street, NW / Suite 1700
Atlanta, GA 30363
Telephone: (404) 322-6327
Facsimile: (404) 322-6050
Email: marquetta.bryan@nelsonmullins.com

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that I electronically filed the herein **NOTICE OF FILING OF NOTICE OF REMOVAL** with the Clerk of Court using the CM-ECF System which will automatically send e-mail notification of such filing to the following counsel of record:

Danielle Bess Obiorah
Obiorah Fields, LLC
157 S. McDonough Street
Jonesboro, GA 30236
dbo@obiorahfields.com

This the 27th day of October, 2021.

*/s/ Marquetta J. Bryan*
MARQUETTA J. BRYAN
Georgia Bar No.: 074315
*Attorney for Defendants American Airlines, Inc. and American Aviation Supply, LLC*

NELSON MULLINS RILEY & SCARBOROUGH LLP
Atlantic Station / 201 17th Street, NW / Suite 1700
Atlanta, GA 30363
Telephone: (404) 322-6327
Facsimile: (404) 322-6050
Email: marquetta.bryan@nelsonmullins.com